Exhibit "B"

