UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

"IN ADMIRALTY"

GMW BOAT & YACHTWORKS, INC
A Florida Corporation,

      Plaintiff

v.

THE RECREATIONAL VESSEL,
"PERMANENT VACATION", US VESSEL no.
1289158, her machinery, mechanical drive
system, hydraulic operation system, electronics,
platform and appendages, *In Rem*,

HAROLD RUSSELL, individually, *In Personam*,

      Defendants.
_____/

8: 25-cv-02520-SDM-AEP

SEP 18 2025 PM2:55
FILED - USDC - FLMD - TPA

## NOTICE OF RELATED CASES

1. Plantiff **GMW BOAT & YACHTWORKS, INC** submits this Notice of Related Cases as required by **Local Rule 1.07(c).** A related case may be an open or closed civil, criminal, guardianship, domestic violence, juvenile delinquency, juvenile dependency, or domestic relation case. A case is "related" to this civil case if it involves any of the same parties or issues and it is pending at the time the party files – if it affects the court's jurisdiction to proceed – of an order in the related case may conflict with an order in the earlier litigation.

    _x_There are no related cases.
    ____The following are the related cases (add additional pages if necessary):

State where case was decided or pending:
Title of last Court Order/Judgement (if any)
Date of Court Order/Judgement (if any):
Relationship of cases [x **all** that apply]:

1

___pending case involves same parties, children, or issues;
___may affect court's jurisdiction
___order in related case may conflict with an order in this case
___order in this case may conflict with previous order in related case.

Statement as to the relationship of the cases:

2. __ I **do not** request coordination of litigation in any of the cases listed above.
   __I **do** request coordination of the following cases:

3. __Assignment to one judge
   __Coordination of existing cases will conserve judicial resources and promote an efficient determination of these cases
   because:_____

4. The Plaintiff acknowledges a continuing duty to inform the court of any cases in this or any other state that could affect the current proceeding.

5.

Dated: 09/18/2025              LOUIS MAILISAND, Pro Se
                               **for Plaintiff, GMW Boat & Yachtworks, Inc**
                               950 Roosevelt Blvd
                               Tarpon Springs, FL 34689


                               Louis Mailisand, President

2