# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

GMW BOAT & YACHTWORKS, INC.,

    Plaintiffs,

v.

THE RECREATIONAL VESSEL,
"PERMANENT VACATION", U.S. Vessel no.
1289158, her machinery, mechanical drive system,
hydraulic operation system, electronics, platform
and appendages, In Rem,

HAROLD RUSSELL, individually, *In Personam*

    Defendants.

_____

SEP 18 2025 PM2:55
FILED - USDC - FLMD - TPA

8: 25-cv-02520-SDM-AEP

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. GMW BOAT & YACHTWORKS, INC, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

    Title President
    LOUIS MAILISAND
    950 Roosevelt Blvd
    Tarpon Springs, FL 34689

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. s 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.1]

    **NONE**

1

3. Identify each person---including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity---that has or might have an interest in the outcome:

**Title President**
**LOUIS MAILISAND**
**950 Dodecanese Blvd**
**Tarpon Springs, FL 34689**

4. Identify each entity with publicly traded shares of debt potentially affected by the outcome:

**None known.**

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None known.**

6. Identify each person arguably eligible for restitution:

**None known.**

---

**1** See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022(11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestream Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011)