UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GMW Boat & Yachtworks, Inc, Plaintiff,

v.

Harold Russell, Defendant.

Case No. 8: 25- cv - 02520 - SDM-AEP

SEP 18 2025 PM2:56
FILED - USDC - FLMD - TPA

## MOTION FOR PERMISSION TO USE ELECTRONIC FILING (CM/ECF)

Plaintiff, GMW Boat & Yachtworks, Inc, appearing pro se, respectfully moves this Court for permission to use the Case Management/Electronic Case Filing (CM/ECF) system, pursuant to the Court's CM/ECF Administrative Procedures, and states:

1. I am a pro se litigant in the above-captioned case and request permission to file documents electronically via CM/ECF.

2. Electronic filing will promote efficiency in this case by allowing timely submission and access to case documents.

3. I have reliable access to a computer, internet connection, and an active email address for receiving CM/ECF notifications.

4. I am familiar with electronic systems, including PACER and other governmental systems including Florida Dept of Revenue and IRS, and I have reviewed the Court's CM/ECF Administrative Procedures.

5. I understand my responsibilities as a CM/ECF user, including maintaining a valid email address and complying with all filing deadlines and procedures.

6. Granting this motion will reduce delays and facilitate effective case management.

1

2

WHEREFORE, I respectfully request that this Court grant permission to use the CM/ECF system and allow me to register for a non-attorney e-filing account.


Respectfully submitted,

_____

Louis Mailisand
950 Roosevelt Blvd
Tarpon Springs, FL  34689
(727) 937-4401
louis.gmw@gmail.com
09/18/2025