UNITED STATES DISTRICT
COURT MIDDLE DISTRICT OF
FLORIDA TAMPA DIVISION

"IN ADMIRALTY"

GMW BOAT & YACHTWORKS, INC
A Florida Corporation,

      Plaintiff

v.

THE RECREATIONAL VESSEL,
"PERMANENT VACATION", US VESSEL no.
1289158, her machinery, mechanical drive
system, hydraulic operation system, electronics,
platform and appendages, In Rem,

HAROLD RUSSELL, individually, In Personam,

      Defendants.

_____/

8:25-cv-02520-SDM-AEP

SEP 18 2025 PM2:55
FILED - USDC - FLMD - TPA

## VERIFICATION

Pursuant to U.S.C. s 1746, Louis Mailisand, declares under penalty of perjury:

1. That I am the President of GMW BOAT & YACHTWORKS, INC, herein;
2. That I have read the foregoing Complaint and know the contents therof;
3. That the matters contained in the Complaint are true based on documents and Information obtained from employess, together with my own personal knowledge.

Dated this __18__ day of September, 2025

GMW BOAT & YACHTWORKS, INC

By: Louis Mailisand, President

STATE OF FLORIDA                                              )
COUNTY OF ___Pinellas_____)

Sworn to (or affirmed) and subscribed before me by means of ✓ physical presence
or__ online notarization, this __18 day of September 2025 by __Louis Mailisand

_____R. Heyner_____

(Signature of Notary Public – State of Florida)

Stamp Commissioned

ROBIN HEYNER
Notary Public - State of Florida
Commission # HH 221818
My Comm. Expires Jan 30, 2026

Printed Name: __Robin Heyner_____

Personally Known __✓___
OR Produced Identification
Identification Produced _____