UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GMW Boat & Yachtworks, Inc,

     Plaintiff,

v.                                 CASE NO. 8:25-cv-02520-SDM-AEP

Harold Russell,

     Defendant.
_____/

### ORDER

Appearing *pro se*, GMW Boat and Yachtworks, Inc., sues (Doc. 1) Harold Russell. Louis Mailisand, the person purporting to "represent" GMW, is not a lawyer, but a corporation can appear in court only through a lawyer. *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). Accordingly, GMW's unauthorized motion (Doc. 4) for permission to use CM/ECF is **DENIED**.

GMW is reminded that all papers must comply with the Local Rules of the Middle District of Florida, https://www.flmd.uscourts.gov/local-rules, including Rule 1.08. Failure to comply with the Local Rules will result in an order striking a non-compliant paper.

ORDERED in Tampa, Florida, on October 22, 2025.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE