# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## "IN ADMIRALTY"

GMW BOAT & YACHTWORKS, INC.,
A Florida Corporation,

      Plaintiff,

v.                                                        Case No.: 8:25-cv-02520-SDM-AEP

HAROLD R. RUSSELL, *In Personam*, and
The Recreational Vessel "PERMANENT
VACATION" (Official No. 1289158, her
machinery, mechanical drive system,
hydraulic operation system, electronics,
platform and appendages, *In Rem*,

      Defendants.

_____/

## NOTICE OF APPEARANCE

Notice is hereby given that Eric C. Thiel, Esq.,  Banker Lopez Gassler P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, enters his appearance as counsel of record for the Plaintiff, GMW BOAT & YACHTWORKS, INC., in the above-styled cause.  Please provide a copy of all further pleadings, correspondence, etc. to him.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

Eric C. Thiel – FBN 016267
BANKER LOPEZ GASSLER P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 221-1500
Facsimile: (813) 222-3066
Service-ethiel@bankerlopez.com
*Attorneys for Plaintiff*