*Exhibit A*

*TL of 2 invoices #192,265.69*
*−165,000.00 pd*
*BAL DUE: #39,926.09*

## INVOICE

**GMW BOAT & YACHTWORKS INC.**
950 ROOSEVELT BLVD
Tarpon Springs, FL 34689

LOUIS.GMWBYW@GMAIL.COM
+1 (727) 937-4401

**Bill to**
HAROLD RUSSELL
43 LEOPARD POWER CAT

**Ship to**
HAROLD RUSSELL
43 LEOPARD POWER CAT

**Invoice details**
Invoice no.: 1162
Terms: Due on receipt
Invoice date: 09/18/2025
Due date: 09/18/2025

*July 2025 - work done in St. Pete*

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|------|--------------------|-------------|-----|------|--------|
| 1. | | 8D BATTERY | NON-MAINTENANCE 8D BATTERY (1400 CCA) | 3 | $679.99 | $2,039.97 |
| 2. | | MECHANICAL LABOR | LABOR CHARGED FOR PERFORMING MECHANICAL WORK | 2.5 | $120.00 | $300.00 |
| 3. | | LAZERETTE PLATFORMS | STARBOARD SIDE WOODEN PLATFORMS | 2 | $80.00 | $160.00 |
| 4. | | PERKO CITY WATER INLET | | 1 | $117.00 | $117.00 |
| 5. | | TINTED ACRYLIC WINDOWS | CUSTOM PORT SIDE WINDSHIELD | 1 | $1,100.00 | $1,100.00 |
| 6. | | SIKA WINDOW SEALANT | BLACK 10 OZ TUBE | 4 | $38.00 | $152.00 |
| 7. | | FLEXTEEK FLOOR MAT | FOR PORT AND STARBOARD SUGAR SCOOPS | 2 | $1,150.00 | $2,300.00 |
| 8. | | SKILLED LABOR | LABOR PERFORMED BY EXPERIENCED WORKER THAT REQUIRES KNOWLEDGE ABOVE AND BEYOND ROUTINE JOB FUNCTION | 12 | $100.00 | $1,200.00 |
| 9. | | MAGNUM MS 2012-20 | 2000 WATT INVERTER/CHARGER | 1 | $2,299.99 | $2,299.99 |

| | | |
|---|---|---|
| Subtotal | | $9,668.96 |
| Sales tax | | $676.83 |

### Ways to pay

VISA ● DISCOVER AMEX BANK PayPal VENMO

View and pay

**Total**                    **$10,345.79**

Case 8:25-cv-02520-SDM-AEP    Document 8-1    Filed 12/17/25    Page 2 of 4 PageID 35
Case 8:25-cv-02520-SDM-AEP    Document 1-2    Filed 09/18/25    Page 2 of 4 PageID 9

**Total**                    **$10,345.79**

 Exhibit "A"

## INVOICE

**GMW BOAT & YACHTWORKS INC.**    LOUIS.GMWBYW@GMAIL.COM
950 ROOSEVELT BLVD               +1 (727) 937-4401
Tarpon Springs, FL 34689

**Bill to**                      **Ship to**
HAROLD RUSSELL                   HAROLD RUSSELL
43 LEOPARD POWER CAT             43 LEOPARD POWER CAT

**Invoice details**

Invoice no.: 1149
Terms: Due on receipt
Invoice date: 05/17/2025
Due date: 05/17/2025

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **PAINTER'S LABOR** | FOR STEVE | 564 | $150.00 | $84,600.00 |
| 2. | | **MATERIALS** | TO REPLACE CORE, FIBERGLASS, RESIN, GELCOAT, CONSUMABLES, CLEANING MATERIALS, EXT. | 1 | $12,400.00 | $12,400.00 |
| 3. | | **LAY DAYS** | FOR EVERY DAY THE VESSEL IS DRY DOCKED. THIS IS DAILY CHARGE. CERTAIN HOLIDAYS ARE EXCEPTIONS. | 180 | $90.00 | $16,200.00 |
| 4. | | **PARMAX 4 12V PUMP** | 4 GPM | 2 | $295.00 | $590.00 |
| 5. | | **GULPER PUMP 320** | | 1 | $384.99 | $384.99 |
| 6. | | **RUB RAIL** | BOTH WHIRE VINYL BACKING AND STAILESS TOP RAIL | 1 | $3,600.00 | $3,600.00 |
| 7. | | **RULE BILGE PUMP** | 850 GPM | 1 | $55.99 | $55.99 |
| 8. | | **A/C 110V ELECTRIC PUMP** | LIQUID COOL PUMP | 1 | $560.99 | $560.99 |
| 9. | | **VITRIFRIGO TWO DOOR FRIDGE** | STAINLESS 110V REFRIDGERATOR AND FREEZER | 1 | $4,389.99 | $4,389.99 |
| 10. | | **SKILLED LABOR** | LABOR PERFORMED BY EXPERIENCED WORKER THAT REQUIRES KNOWLEDGE ABOVE AND BEYOND ROUTINE JOB FUNCTION | 165 | $100.00 | $16,500.00 |
| 11. | | | | | | |

|  | | | | | |
|---|---|---|---|---|---|
|  | BOTTOM JOB (PER LINEAR FOOT) | SCRAPE/ PRESSURE WASH/ SAND/ CLEAN RUNNING GEAR TO BARE FOR PRIMING/ PAINT IN-HOUSE PAINT IS PETTIT HRT PREMIUM (YOU MAY UPGRADE TO ANOTHER PAINT IF YOU'D PREFER ANOTHER PRODUCT) | 43 | $116.00 | $4,988.00 |
| 12. | SIMS CRANE 160 TON CRANE | 35 TON ADDED COUNTERWEIGHTS PLUS ADDITIONAL RIGGING TO LIFT OUT BOAT | 2 | $8,900.00 | $17,800.00 |
| 13. | PAINTER'S LABOR | FOR STEVE | 68 | $150.00 | $10,200.00 |
| 14. | EXHAUST FLANGE PIPE | STAINLESS EXHAUST ELBOW WITH FLANGE | 1 | $680.00 | $680.00 |
| 15. | LADDER BRACKET | STAINLESS | 1 | $52.99 | $52.99 |
| 16. | FIBERGLASS & RESIN | POLYESTER RESIN AND 1.5 OZ MAT FIBERGLASS | 1 | $750.00 | $750.00 |
| 17. | WELDING LABOR | SKILLED WELDING | 16 | $150.00 | $2,400.00 |
| 18. | ANNUAL (100HR) SERVICE | CHANGE FLUIDS/ CHANGE FILTERS/ CHECK SPARK PLUGS/ REPLACE IMPELLER/ GREASE FITTINGS/ EXT. | 1 | $560.00 | $560.00 |
| 19. | VITRIFRIGO C90 REFRIDGERATOR | | 1 | $2,395.99 | $2,395.99 |
| 20. | RARITAN ICE MAKER | | 1 | $1,989.99 | $1,989.99 |
| 21. | 4X8 PVC BOARD | WHITE 3/16" THICKNESS | 1 | $320.99 | $320.99 |
| 22. | BATTERY | 1300CCA | 2 | $249.99 | $499.98 |
| 23. | PAID ON ACCOUNT | MONEY TAKEN IN ADVANCE FOR SERVICES PERFORMED. | 1 | -$165,000.00 | -$165,000.00 |

*Handwritten: SUBTOTAL → 181,919.90*

## Ways to pay

ⱣPay  VISA  ⬤⬤  DISCOVER  AMEX  BANK  PayPal  VENMO

**View and pay**

| | |
|---|---|
| Subtotal | $16,919.90 |
| Sales tax | $12,660.40 |
| **Total** | **$29,580.30** |
| Overdue | 05/17/2025 |

X *[signature]*

*Handwritten: Print = Harold Russell*