AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida    ▼

| | |
|---|---|
| GMW BOAT & YACHTWORKS, INC.,<br>A Florida Corporation,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>**HAROLD R. RUSSELL, In Personam, and**<br>**The Recreational Vessel "PERMANENT**<br>**VACATION" (Official No. 1289158, her**<br>**machinery, mechanical drive system, hydraulic operation system,**<br>**electronics,**<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 8:25-cv-02520-SDM-AEP<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    HAROLD R. RUSSELL
1338 Meadow GRN
Duncanville, TX 75137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric C. Thiel -FBN 016267
BANKER LOPEZ GASSLERP.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813)221-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

CarlaRoberts

Date: December 23, 2025
_____

_____
*Signature of Clerk or Deputy Clerk*