UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
IN ADMIRALTY

GMW BOAT & YACHTWORKS, INC.,

      Plaintiff,

v.                                 Case No. 8:25-cv-02520-SDM-AEP

HAROLD R. RUSSELL, *In Personam*, and
The Recreational Vessel "PERMANENT
VACATION" (Official No. 1289158, her
machinery, mechanical drive system,
hydraulic operation system, electronics,
platform and appendages, *In Rem,*

      Defendants.

_____/

## ORDER DIRECTING ISSUANCE OF
## THE WARRANT OF ARREST *IN REM*

This cause comes before the Court upon Plaintiff's Motion for Order Directing Issuance of Warrant of Arrest *In Rem* (Doc. 11). Pursuant to Supplemental Rule (C)(1), Federal Rules of Civil Procedure, and the Section 3(a)(1)(A) of the Middle District of Florida Admiralty and Maritime Practice Manual, the Motion is GRANTED, and the Clerk must issue a Warrant of Arrest in the above-styled action for the arrest of the S/Y Permanent Vacation, her boats, tackle, apparel and furniture, engines, and appurtenances, *in rem*, forthwith.

DONE AND ORDERED in Tampa, Florida, this 29th day of December 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record

2