**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF<br>GMW Boat & Yachtworks, Inc. | COURT CASE NUMBER<br>8:25-02520-SDM-AEP |
|---|---|
| DEFENDANT<br>Harold R. Russell, in personam, and Recreational Vessel PERMANENT VACATION, O.N. 1289158, her machinery, et al., in rem | TYPE OF PROCESS<br>Vessel Arrest |

| SERVE AT { | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Vinoy Marina |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*<br>502 5th Ave., NE, St. Petersburg, FL 33701 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Eric Thiel<br>Banker Lopez Gassler P.A.<br>501 E. Kennedy Blvd., Suite 1700<br>Tampa, FL 33602 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Substitute Custodian - Louis Mailisand, GMW Boat & Yachtworks - Phone: 727-937-4401

JAN 26 2026 AM10:24
FILED - USDC - FLMD - TPA

| Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT | TELEPHONE NUMBER<br>813-221-1500 | DATE<br>1/13/26 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 18 | District to Serve<br>No. 18 | Signature of Authorized USMS Deputy or Clerk | Date<br>1/2/26 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date 1/23/26 | Time 13:45 [ ] am [X] pm |
|---|---|---|
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21