FEB 9 2026 PM1:59
ROUD - USDC - FLMD - TPA

United States District Court                                    February 6, 2026

Middle District of Florida

Tampa Division


Please find enclosed my response to Case No: 8:25-cv-SDM-AEP

Respectfully,

*Harold Russell*

Harold R Russell

Dear Mr. Thiel:

I have just learned that a tech from MarineMax was not allowed to board my boat, Permanent Vacation, because of the legal action taken by GMW Boat & Yachtworks. He was there to repair work that was supposed to be done by GMW Boat & Yachtworks. In addition, the dockmaster at the Vinoy Marina called to say my boat was under arrest and no one was allowed on it, including me.

My wife and I have been out of town attending to her medical conditions. After arriving home, I found the attempt to deliver your legal packet. I picked it up today February 4, 2026.

I was shocked to see Louis Mailisand had started this legal action without at least talking to me. During the year that GMW worked on my boat. Louis and I talked on the phone and rarely used email or text. I have reached out to him several times to resolve the remaining issues on my boat. Neither he nor his mother have responded since his demand for payment email of July 28, 2025.

Louis Mailisand came to the Vinoy Marina after Permanent Vacation was damaged in a storm that occurred before the two hurricanes that came later. He told me he had a roller lift that was wide enough to accommodate the 22 ft beam on Permanent Vacation. He repeatedly assured me he could restore my boat to its pre-storm condition. After the boat was towed approximately 60 nm to his boat yard, I learned the roller lift was in use. He said he would pay for a crane to lift the boat out of the water. He added the cost to the insurance claim.

I have never refused to pay for work done on my boat. There are still issues to be resolved, to make the boat seaworthy, some of which were not disclosed to me and were found by marine techs. I have had other competent marine companies resolve some of these issues.

During the year that GMW Boat & Yachtworks worked on my boat, I advanced money to help with cash flowing parts needed for the boat. I agreed to place an order for items to help with his cash flow and to receive better pricing. He ordered them instead saying he could get better pricing. His estimates have always shown the list price and not what he actually paid. This was not our agreement.

Louis admitted to me in front of witnesses that he had used some of the money we had advanced so he could work on other boats and work on these other boats caused some of the delays.

Louis and his mother frequently thanked me and my daughter Ashley for being so patient about how long the repairs were taking. His mother said, "Louis is a really hard worker, but sometimes he gets overwhelmed." We talked to her because Louis was taking some time off.

The last thing Louis Mailisand said to Ashley and me as we departed the boatyard was that he would not ask for any more money until we were completely satisfied. He talked a good game about how important his reputation and his boat yard's reputation were. We believed him. That is why we are so stunned about this action.

Louis Mailisand says all repairs were completed by July 10, 2025. On July 16, 2025, he told Tom Schaffer, the insurance surveyor, that there were still items to be completed. At the time Louis claims the repairs

were complete, Permanent Vacation's engines would not start and there was no AC or DC power on the boat and many other issues.  I told Louis this was an unsafe condition since the bilge pumps would not work if needed.  Even today there are repairs needed to make the boat seaworthy. That is what MarineMax was going to work on.  Louis Mailisand totally abandoned the repairs that were still needed to return Permanent Vacation to its pre-storm condition.

I offered to go over the estimate/invoice line by line to resolve any differences.  He did not respond.

Most of the additional $10,345.79 was not done or not done properly.  For example, the Magnum inverter/charger (List $2,299.99 Actual $1,705.63) was not installed.  The replacement was installed by MarineMax of St Petersburg.  The new batteries need replacing because they were not charged for over six months and they will not charge even with the new inverter/charger.  I warned Louis about this possibility.  I did not authorize new house batteries.

I believe Louis Mailisand took advantage of an 82-year-old out of state boat owner whose wife was dealing with Alzheimer's disease and made excuse after excuse for the repairs taking so long.  He knew all of this and took full advantage.

I am willing to pay immediately for the work that was authorized and completed.  However, it needs to be reviewed.

I have included some of the correspondence, the work orders and invoices I have paid for work GMW was going to do or said they had done.

Respectfully,

*Harold Russell*

Harold Russell

Work done by other Marine Companies:

## MarineMax, St Petersburg:

Installed a new inverter/charger supplied by me.  Attempted to work on Raymarine equipment but was denied access to PV.

## Southeastern Marine and Yacht, St Petersburg

Repaired engine issues on both engines and started both.

They found damage to the Northern Lights generator.  The damage was probably caused by the storm.  I personally had changed the oil about one month before and the generator had no water leaks and was working normally.  Someone at GMW had removed the OEM voltage regulator and it was lying in the bilge.  A used looking regulator was installed but not working.  It would not connect.  Louis told me the Genset was working normally and would power the boat.  This was not true.  SE replace the regulator and the leaking water pump.  It works normally.

## Artful Canvas Designs, St Petersburg

Removed aft isinglass panels and corrected errors in original repair.  Louis told the insurance surveyor the damage to the aft isinglass was from the two hurricanes.  The isinglass was removed when PV was lifted out before the two storms and pictures show it was not reinstalled until back at the Vinoy Marina.  The insurance would not pay $4,300 for the repair.  ACD is waiting for permission to install a new dinghy cover

## A. I. Boats, St Petersburg

I aired up the front tube of the dinghy and took it to the Municipal boat ramp where they picked it up and repaired the front tube.

## Paradise Yacht Service, St Petersburg

Repaired lifting rod and bracket for the port aft bunk.  This must have happened at GMW while they were working on the port engine.  They went to West Marine and picked up a replacement engine starting battery.  The new one GMW installed would not charge.  Louis would not provide warranty information. (wouldn't for the house batteries either) They found the autopilot fluid reservoir dry and added fluid.  No wonder the autopilot kicked off and the steering was difficult.

My understanding is that GMW Boat & Yachtworks has care, custody, and control of Permanent Vacation.  If they are interested here is a list of companies that I use for its care.

Gulf and Bay divers for monthly bottom cleaning.

Luxury Boat Detailing for monthly topside cleaning.  Jim Hayek, owner recommended me to GMW, but will not in the future.

The engines will need to be run at least monthly.

Someone will need to check the dock lines and fenders on a regular basis.  There is a lot of movement in the Vinoy Marina.

They will need a key fob for the gate.  It is open usually 0830 to 1630.

HOME    MAN.    NEWS    FINANCE    SPORTS    ENTERTAINMENT    LIFE    GAMES    SHOPPING    New iPhone    MORE...    SE

Find messages, documents, photos or people  Advanced ∨    Home

Compose    ← Back  ↩  ⇜  ➥  📥 Archive   🔼 Move   🗑 Delete   🛡 Spam    📇  📑  📄  ⊚    ⚙

| Inbox | 200 |
| Unread | |
| Starred | |
| Drafts | 27 |
| Sent | |
| Archive | |
| Spam | |
| Trash | |

∧ Less

Views    Hide

🖼 Photos
📄 Documents
👥 Emails to myself
📋 Subscriptions
✈ Travel

Folders    Hide

+ New Folder

2011 TAHOE CLAIM
2014 MANTA MIGRA...
2023 CORVETTE
529 PLAN    2
606 RENT    2
7001 WHEATLAND RD
AA NON REV
AIRLINE TICKETS
AJR 2010 CLAIM
AJR CLAIM OCT 17 2...
AJR PROJECT    1
AJR TAX INFO
AJR TEC CLAIM    4
AMAZON ORDE...    12
AMAZON SHIPPI...    6
AMEX INFO
APPEAL
APPLE INFO
AUG 2013 TRIP
AUTO RENTAL RE...    1
BAYLOR REHAB
BLUFFS

**Final items regarding Harold Russell's 43 Leopard**  2    Yahoo/Inbox ☆

 **LOUIS MAILISAND** Hi Tom, H  🔗  Wed, Jul 16, 2025 at 3:33 PM ☆

**Tom Schaffer**    🖨    Wed, Jul 16, 2025 at 6:45 PM ☆
From: tomirb@outlook.com
To: LOUIS MAILISAND
Cc: Harold Russell

Louis,

I'm currently out of town on vacation. I'll get with you Monday.

Best regards,

Tom Schaffer
Service First Marine Surveyors
PO Box 339
Indian Rocks Beach, FL 33785
Office/cell  727-460-5326

---

∨  Hide original message

**From:** LOUIS MAILISAND <louis.gmwbyw@gmail.com>
**Sent:** Wednesday, July 16, 2025 4:33 PM
**To:** Tom Schaffer <tomirb@outlook.com>
**Cc:** Harold Russell <hrrussell@sbcglobal.net>
**Subject:** Final items regarding Harold Russell's 43 Leopard

Hi Tom,
hope you're doing well. I've got attached hopefully the final items related to the boat. We've been experiencing several issues with the electrical system, both the 110v and 12 v systems since we've re-launched. We have both RayMarine Axiom displays experiencing issues with them and are needing replacement of both units. The Magnum inverter/charger is constantly needing reset and the manufacturer has told us it has internal damage and must be replaced. Come to find out, the Marquipt ladder was found to be bent when Harold went to install it back at its slip in St. Pete.

Additionally we had to change the port side windshield because it was discovered it had a hairline crack in it. Originally between the other estimates there was never any mention of the two deck mats of the Flexiteek, so those were added. The rest are just minor items or consumables plus my time to finish these repairs.

Also, Harold discovered several of his charts got ruined by storm damage from one of the windows that had been busted out.

Give me a call when you have a chance to review the items.
727-937-4401
Thank you
Louis

↩  ⇜  ➥  ···

**Reply, Reply All or Forward**

 **Tomirb@outlook.com** 🔍

tomirb@outlook.com
Edit contact

Find messages, documents, photos or people  Advanced ⌄

Home

Compose

← Back  ↰  ⟪  ➡  📥 Archive    📁 Move    🗑 Delete    🛇 Spam    •••    ⊼    ▲    ▣    ▣    ▣    ◎    ⚙

**Inbox**  198
Unread
Starred
Drafts  27
Sent
Archive
Spam
Trash
⌃ Less

Views  Hide
🖼 Photos
📄 Documents
👥 Emails to myself
🗞 Subscriptions
✈ Travel

Folders  Hide
+ New Folder
2011 TAHOE CLAIM
2014 MANTA MIGRA...
2023 CORVETTE
529 PLAN  2
606 RENT  2
7001 WHEATLAND RD
AA NON REV
AIRLINE TICKETS
AJR 2010 CLAIM
AJR CLAIM OCT 17 2...
AJR PROJECT  1
AJR TAX INFO
AJR TEC CLAIM  4
AMAZON ORDE...  12
AMAZON SHIPPI...  6
AMEX INFO
APPEAL
APPLE INFO
AUG 2013 TRIP
AUTO RENTAL RE...  1
BAYLOR REHAB
BLUFFS
BLUFFS SALE
BOAT EXP RECEIP...  1
BOAT HOUSE
BOAT ORDERS  8

• Regarding Invoice Balance  3                                Yahoo/Inbox ☆

**LOUIS MAILISAND** 🔍
louis.gmwbyw@gmail.com
(727) 937-4401
Edit contact



● **LOUIS MAILISAND**                    Mon, Jul 28, 2025 at 4:39 PM ☆
From: louis.gmwbyw@gmail.com
To: Harold Russell

Good afternoon Harold,

After the sea trial we knew we would run into additional problems that need to be addressed.
As per our agreement when you took the boat from the yard and brought it back to St. Pete,
you would pay me the remaining balance upon completion of the work and that work is complete.
The dinghy is still in need of repair but it has become very difficult for me logistically to complete that work because of where the boat is located in St. Pete.  The remaining balance is $29,580.30 and I'm requesting that payment before I start on the additional work that wasn't included in the original estimate.

I've been down to the boat 7 times since it has left and I have completed the swap of the 3 house batteries, the final install of the isinglass, the Raritan ice maker exchange, the installation of the new port-side acrylic windshield, the new flexiteek floor mats, the new city water inlet, plus fixed the odds and ends of the issues we had with the saltwater flush and the shower sump on the starboard side. I've also spent a couple hours on the phone with Raymarine trying to diagnose your electronic issues.

I've begun to order parts for the additional work and I am also requesting payment in the amount of $ 18,824.68 for the final estimate to cover these items and labor costs plus an additional $2239 for the cost of the batteries.
I have the new inverter in hand and both displays are in as well. The Marquipt ladder is waiting to be ordered.

Thank you
Louis

↰    ⟪    ➡    •••

● **Harold Russell**                    Sun, Aug 31, 2025 at 6:47 PM ☆
From: hrrussell@sbcglobal.net
To: LOUIS MAILISAND

Louis:
Attached is my response to this. It would have been better if you had called.
HR

⌄  Show original message

📄
**BOAT emai....docx**
19.5 kB

● **Harold Russell**                    Wed, Sep 10, 2025 at 4:09 PM ☆
From: hrrussell@sbcglobal.net
To: LOUIS MAILISAND

Louis, I need to replace the port engine starting batter so it can be run on a regular basis.  Please send me the invoice or warranty card so I can have it replaced under waranty.
Let me know if this is a problem and I will order a replacement and you can have the old one back.  Thanks
HR
            *NO RESPONSE!*

| | | |
|---|---|---|
| | Less Prior Payments | -$165,821.53 |
| | **Outstanding Payment** | **$18,252.50** |

**Non-Compensable items: Hull & Equipment**

Per GMW Boat & Yachtworks Inc. Est #1046 dated 3/10/2025

| | |
|---|---|
| Isinglass | $6,600.00 |
| Annual (100HR) Service | $560.00 |
| Engine Service | $1,640.00 |
| Batteries | $499.98 |
| | |
| Subtotal | $9,299.98 |

We should note that the above non compensable items are not covered under your policy because our surveyor comments that we had previously compensated for the isinglass on the original estimate in the amount of $2,300.00. The additional $4300, we are advised by Mr. Mailisand, is due to damages alleged to have occurred in subsequent Hurricanes Helene and Milton. Those claims are not recoverable within this claim and, therefore, not fair and reasonable as they are not claim related. You could, if you wished, file claims for this damage under Hurricane Helene and Milton. However, that would be to no avail as both claims would appear to be under the Hurricane deductible. The annual one hundred hour service, engine service, and batteries are routine maintenance and not loss related. Maintenance is a named exclusion in the policy.

Unfortunately, we must advise that your policy does not extend coverage for this portion of this loss because your policy states as follow:

**SECTION IV - COVERAGES**
**HULL AND EQUIPMENT**
    **B.**    **Coverage Provided**

        If the Declarations Page shows coverage for **HULL AND EQUIPMENT**, **we** will pay for sudden, direct and accidental **property damage**, including theft or vandalism, to an **insured boat** and its **dinghy**.

    **C.**    **Exclusions**

        1.    Coverage will not apply to any loss, damage or expense caused directly or indirectly by any of the following. Such loss, damage or expense is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss, damage or expense.

            f.    Incomplete, improper or faulty repair, maintenance or renovation; or

This authorization for repairs is on a "not to exceed: basis. If, for any reason, the cost of repairs will exceed the settlement amount, please notify us immediately, before incurring additional expenses.

Sensitivity: Company-Internal

MAILED ?
EMAILED 8/31/25 +

Louis:

I have given a lot of thought as to how to respond to your email.

Ashley and I thought we could trust you and that you would repair our boat to the condition that it was prior to the storm damage. You assured us that you could do so in a timely manner. Even considering two hurricanes, which we accounted for, you did not prioritize our repairs. You worked on all kinds of other boats and ours was neglected. You apologized for the delays several times and promised to do better. That did not happen. Even your mother apologized for the repairs taking so long and thanked us for being patient with you for the delays. The owner of Luxury Boat Detailing recommended you because he had worked with your mother years ago and he knew I needed a wide lift. I had no idea you would use a crane to lift the boat. You promised to pay at least half of the cost. I was kept informed of the repair process by others along the way. The reports were always questioning "they don't seem to be working on your boat"

As to our "agreement" you told us you would not ask for more money until the boat was finished and we were satisfied. Ashley and I were stunned to see the condition of Permanent Vacation when we arrived to move it to St Pete. You had told me about the isinglass not installed, but not the flexiteak, the dinghy not holding air, the dinghy battery upside down, the dinghy cover not fitting, and the front window not installed just to mention a few. The water hose, correct electrical cords, and y connecter were not on the boat. We are still missing 100' of water hose, a hose reel and an 8' piling fender.

I disagree that the repairs are complete. You said your reputation was important to you and that you would see that things were done right. They are not right. I sent you a list of all the things we found on our trip and docking in St Pete.

Your multiple trips to St Pete are on you. As an example, why would anyone install an ice maker and not check to see it would make ice? You had almost a full year to make the repairs and obtain the items necessary to complete the boat. We mutually agreed that I needed to get my boat back to the Vinoy so I would not lose the only catamaran slip they had available and you needed the space in your yard.

I hope you personally did not do the sea trial because no one would send us off with no navigation, no working gages for fuel, water, and battery condition, no working autopilot, and numerous electrical issues. I tried to call you about returning to your yard before we left the river, no answer. Fortunately, I knew how to navigate to the Vinoy without the Axiom chart plotter or autopilot. BTY the autopilot fluid was bone dry. I hope the pump is not burned out since I tried to engage it several times thinking it was an electrical issue.

I suggested how to get the dinghy repaired, but your email said you didn't have a plan for that. I took it upon myself to air up the front tube and drive it over to the boat ramp (10 minutes) and A I Boats picked it up. They found a cut in the front tube and it has been repaired. I plan to move the dinghy back to the boat next week. I will have a correct size cover made for it.

You told me the house batteries would not take a charge since they were old and probably damaged. The new ones wouldn't take a charge either, you apparently didn't know the battery charger wasn't working.

The port engine starting battery is dead and will not take a charge. Please send me the invoice for it and I will have it replaced hopefully under warranty. Thanks

I don't know why you spent 2 hours with Raymarine since I told you I had done the same thing and they told me both Axioms needed to be replaced and the sending sensors might need to be replaced as well.

The insurance company has not processed your last estimate because of statements you gave to Tom Sachaffer. Why did you tell him some of the isinglass was damaged by the two hurricanes. Ashley's pictures show the aft glass off the boat during the storms. You told me they were not reinstalled before the storms.

Louis, I thought we were going to work together to get Permanent Vacation back to a usable condition. It is nowhere near that condition currently. I have always paid you what you asked even when it was evident, and you admitted you had not ordered some of the items for my boat. At this point, I have no idea what it will take to finish the repairs on the boat. I doubt you do either.

I am open to suggestions to finish our relationship but just paying you $29,000 for incomplete work is not one of them. Maybe we just need to sit down and go over the final invoice line by line. I can then look for someone to resolve the remaining issues and get Permanent Vacation up and running.

Respectfully,

Harold Russell

# Receipt.

**MarineMax St. Petersburg**

Prepared for: Harold Russell

Order ID: #15-18113

Boat: 43

Receipt Date: 12/08/2025

| ITEM | QTY | RATE | TOTAL |
|------|-----|------|-------|
| 1. | 1.00 | $1,302.25 | $1,302.25 |

CUSTOMER REQUESTS CHANGING OUT INVERTER/CHARGER AND ITS CONTROLLER Returned to the vessel to properly connect the remote panel to the inverter/charger. The previously installed CAT cable running from the old charger to the remote was a 4-wire cable, which is incompatible with the new inverter/charger. During initial testing, the remote would not power on when connected to the existing cable. Before running a new line, I tested the remote by plugging it directly into the inverter/charger, and it powered on immediately, confirming the remote itself was functioning correctly. I then installed a new CAT cable from the inverter/charger to the remote panel location and connected it. Secured the new cable with zip ties and routed it neatly to ensure a clean and professional installation.

| ITEM | QTY | RATE | TOTAL |
|------|-----|------|-------|
| MOBILE | 1.00 | $478.00 | $478.00 |

MOBILE TO BOAT 2 Mobile Visits to the Boat

## Payment Terms

Repairs with estimated totals over $5,000 require a 50% deposit or 100% payment for estimated parts (whichever is greater) before work can begin. Estimates are subject to change. Progress billing applies; credit card on file will be charged as work is completed.

| | |
|---|---|
| Subtotal | $1,780.25 |
| Tax | $124.62 |
| **Order Total** | $1,904.87 |

## PAYMENTS

⊘ Received: $1904.87 by Amex xxxx3000 on Dec 8, 2025 at 2:28 PM

# Payment Receipt.

✓ **Paid**   on November 12, 2025 at 12:02PM

**PREPARED FOR**

**Harold Russell**

Order #15-18113

Receipt Date 12/08/2025



**BOAT INFO**

**43**

HIN: ZA-RAC132068C818

**MarineMax St. Petersburg**

6810 Gulfport Boulevard

St. Petersburg, FL, 33707

United States

| ITEM | QTY | RATE | TOTAL |
|---|---|---|---|
| Job #0 | 1.00 | $0.00 | $0.00 |

\* PROGRESS BILLING – THIS SERVICE DEPARTMENT UTILIZES PROGRESS BILLING. AS JOBS ARE COMPLETED, THE CREDIT CARD ON FILE WILL BE PROCESSED ACCORDINGLY. 1. Please remove any perishables from vessel as power will be limited while vessel is out of the water. 2. Marinemax is not responsible for damage caused by weather. Canvas, enclosures, upholstery, lines, rub rail, vessel, etc. Owner is responsible to secure/protect their vessel. Owner must retract trim tabs prior to arrival, loading, hauling, etc. 3. As jobs are completed, they will be charged to the credit card on file. A copy of the invoice will be sent to you once proccess. 4 . We are not responsible for hull wrap damage, scratches, scuffs or any marks made by haul out straps, blocking, loading, or unloading. We are not responsible for damage incurred during haul out and blocking process due to hull flexing or improper sling mark locations. 5. Please be aware that we have a 3-day boat pick up upon completion policy. Boats not picked up within the 3 days grace period will be charged at a rate of, 0-35ft $250.00 per day, 36+ ft $500.00 per day fee until picked up. 6. Damage to vessel when lifting due to improper sling markings or hull degradation are at owner expense. 7. Warranty items and labor not covered by manufacturer will be billed to customer. 8. Estimates; All repair estimates are based on the initial inspection and testing of components. Please note that these estimates may be adjusted, as some components may not exhibit signs of failure until initial repairs are completed. Any additional findings will be communicated with revised or new estimates as necessary. Estimates are subject to change based on further investigation.

**SOUTHEASTERN MARINE & YACHT**

3701 50TH AVE S

---

ST PETERSBURG, FL  33711

Phone: 727 545-2700

## Repair Order

### Due: $1,115.50

Doc Number: 20260
Service Writer: ANDERSON, WILLIAM
Date Printed: 12/16/2025
Date Promised: 10/22/2025
Date In: 09/24/2025

**HAROLD  RUSSELL**

1338 MEADOW GREEN

DUNCANVILLE, TX  75137

### Customer Information

Cell Phone: (972) 780-9990
Email: HRRUSSELL@SBCGLOBAL.

## Summary

| Approve | Decline | Unit | Job | Job Total |
|---|---|---|---|---|
| ☑ | ☐ | 2018 LEOPARD 43 PC | ENGINES INOPERABLE - EMERGENCY STOP FAULT ENGAGED | $1,681.06 |
| ☑ | ☐ | 2018 LEOPARD 43 PC | GENSET INSPECTION & REPAIRS | $2,300.38 |
| ☑ | ☐ | 2018 LEOPARD 43 PC | GET OWNERS PACKAGE FROM OFFICE--PLACE INSIDE BOAT--SEE JEFF S | $0.00 |
| ☑ | ☐ | 2018 LEOPARD 43 PC | INSPECT BATTERY POST TYPES | $0.00 |

| | |
|---|---|
| Job Subtotal: | $3,981.44 |
| Misc: | $242.27 |
| Job Parts Subtotal: | $1,324.28 |
| Job Labor Subtotal: | $2,437.75 |
| Job Misc Item Subtotal: | $219.41 |
| STATE - 6.00%: | $253.426 |
| COUNTY SURTAX @ 1% - 1.00%: | $42.234 |
| Total: | $4,519.37 |
| Less Deposits: | ($3,403.87) |
| Total Due: | $1,115.50 |

THANK YOU FOR YOUR BUSINESS. WE TRULY APPRECIATE YOU TRUSTING THE MANUFACTURER-CERTIFIED TECHNICIANS AT SOUTHEASTERN MARINE & YACHT POWER TO SERVICE YOUR VESSEL!

3-HOUR MINIMUM + MILEAGE FOR ALL MOBILE REPAIRS. BY APPROVING THIS ESTIMATE/REPAIR ORDER, YOU AGREE TO A MINIMUM OF 3 HOURS + MILEAGE CHARGES + APPLICABLE TAXES/FEES.

FREIGHT, SHIPPING AND HANDLING CHARGES ARE A GOOD FAITH ESTIMATE ONLY. ACTUAL CHARGES MAY BE HIGHER OR LOWER AND BILLED ACCORDINGLY.

20% RESTOCKING FEE FOR IN-STOCK PARTS.
NO RETURN ON ANY SPECIAL ORDERED PARTS, ELECTRICAL COMPONENTS, OPEN GASKET SETS OR MANUALS.
SHIPPING AND HANDLING CHARGES ARE NOT REFUNDABLE.
NO CORE CREDIT AFTER 15 DAYS OF SALE DATE.

WE ARE NOT RESPONSIBLE FOR FIRE, THEFT OR VANDALISM OUTSIDE OR INSIDE OF ANY VEHICLE, BOAT OR RV.

Page 1 of 6        20260

Marine & Yacht Power may terminate the Agreement. Customer may terminate the Agreement immediately upon written notice if Southeastern Marine & Yacht Power commits a material breach and fails to cure the material breach within 30 days. Southeastern Marine & Yacht Power may amend these Terms of Service from time to time by giving at least 30 days prior written notice. If an amendment materially changes the Agreement, Customer may request good faith negotiations regarding those terms that materially change the Agreement. If the parties cannot reach mutual agreement on the material changes within 30 days, Customer may terminate the Agreement immediately on written notice. Termination of the Agreement will not relieve Customer of Customers obligation to pay Southeastern Marine & Yacht Power any amounts Customer owes up to and including the date of termination.

Communication Consent; Use of Customer Data.  Southeastern Marine & Yacht Power may use information Customer provides Southeastern Marine & Yacht Power, including but not limited to email addresses, cell phone numbers, and landline numbers ("Customer Data") to contact Customer for purposes related to this account, including debt collection, and for marketing and sales purposes.  In addition, Customer Data and Vessel maintenance service and repair information arising from or created as a result of maintenance and repair services provided by Southeastern Marine & Yacht Power to Customer, including Vessel owner information, Vessel identification numbers and Vessel specifications ("Vessel Repair Data"), may be provided to Vessel and component manufacturer(s), the dealers, and the respective service management platform providers ("Maintenance Third Parties"). Customer Data and Vessel Repair Data may be used by Southeastern Marine & Yacht Power and such Maintenance Third Parties to support and enhance Vessel repair services provided to Southeastern Marine & Yacht Power and the Maintenance Third Parties' customers.

Signature:_____

# Detail

| Unit | 2018 LEOPARD 43 PC 43 PC | Color: | Keyboard:VINOY | |
|------|--------------------------|--------|----------------|--|
| | VIN/HIN/Serial No: | Plate: | Odom/Hrs In:0 | Out:0 |

## ENGINES INOPERABLE - EMERGENCY STOP FAULT ENGAGED

Description:BRING A JUMP BOX WITH--JUST IN CASE

C/S BOTH ENGINES INOPERABLE - FAULT 'EMERGENCY STOP' ENGAGED WHEN ASKED TO FIRE.

**NOTE: BATTERIES AND INVERTER / CHARGER WERE JUST REPLACED.

Resolution:01OCT2025 CC
PORT - 195
STBD - 626
DROVE TO VINOY MARINA ST PETE. CHECKED IN. GAINED ACCESS TO VESSEL. TURNED ON VC20 DISPLAY TO VERIFY EMERGENCY STOP WAS STILL ACTIVE. MADE SURE E-STOP BUTTONS WERE NOT ENGAGED. CHECKED BATTERY VOLTAGE STBD - 5V PORT - 11 V. CHECKED ESTOP ON WIRING HARNESS, RESISTANCE WAS 19 KOHMS. STBD ECM HARNESS CONNECTOR WAS NOT PLUGGED IN. CHECKED FUSES. CHECKED BATTERY CONNECTIONS AT BATTERY AND STARTER. CHECKED BOATS DC SYSTEM AND DISCOVERED BREAKERS WERE IN THE OFF POSITION OR HAD TRIPPED AT SOME POINT. TURNED THEM BACK ON AND E-STOP ALARM WAS NO LONGER ACTIVE. ATTEMPTED TO START ENGINES. SLOW CRANK ON BOTH OF THEM. TURNED BATTERY CHARGER ON AND WAS ACTIVELY CHARGING. CLEANED UP AND LOCKED UP BOAT. HEADED BACK TO SHOP.

02OCT2025 CC
DROVE TO VESSEL LOCATION. CHECKED IN. ACCESSED BOAT. CHECKED BATTERY VOLTAGE. BOTH BATTERIES WERE AT 10.2 VOLTS. BATTERY CHARGER HAD STOPPED CHARGING DUE TO FAULT. HOOKED UP JUMP PACK TO PORT ENGINE AND ATTEMPTED TO START. NOT ENOUGH POWER TO START ENGINE, JUST A SLOW CRANK. REPEATED SAME PROCESS FOR STBD ENGINE. STILL NO START.

****NEED MMAX TO REPLACE INVERTER CHARGER AND HOUSE BATTERIES BEFORE WE CAN CONTINUE TESTING THE ENGINES.

12.02.25 M.L.
DRIVE TO VINOY. FIND BOTH PORT AND STARBOARD ENGINE BATTERIES ARE AT 5 VOLTS. PLUG BATTERY CHARGER INTO STARBOARD SIDE. FIND NO AC AT OUTLETS. LOOK AROUND AND FIND GROUND FAULT BREAKER IN THE GALLEY. I LET BATTERIES CHARGE UP TO 12.4 V BUT THAT'S STILL NOT ENOUGH AMPS TO START ENGINES. FOUND ENGINE BATTERIES ARE TIED TOGETHER WITH A COMBINER. LEAVE CHARGER ON OVERNIGHT TO CHARGE BATTERIES. LEFT BOAT

12.04.25 M.L.
GO BACK TO THE VINOY. I WAS ABLE TO START THE STARBOARD ENGINE, WHICH THE BATTERY CHARGER HAS BEEN ON OVERNIGHT. THE PORT ENGINE STILL WOULD NOT START LOOKED AROUND AND FOUND A GROUND CABLE WAS DISCONNECTED FROM THE BATTERY POST. I CONNECTED THE CABLE BUT THAT ENGINE STILL WONT START. I RELOCATED THE GROUND CABLE TO THE ENGINE BLOCK TO A BETTER LOCATION. STILL NO START. PORT ENGINE BATTERIES SAYS IT'S CHARGED BY THE METER ON THE BOAT ELECTRICAL PANEL. BUT IT IS NOT 100%. I MOVED MY CHARGER TO THE PORT ENGINE TO SEE IF IT WILL CHARGE OVER THE WEEKEND. JEFF NOTIFIED OWNER.

12.10.25 M.L.
TRAVEL TO VINOY MARINA. START PORT ENGINE IT TOOK A LOT OF CRANKING TO GET STARTED. CHECKED FOR AIR IN FUEL. I SAW SIGNS OF SALTWATER ON THE ENGINE ROOM WALL, BUT CHECKED AROUND FOR WATER LEAKS AND FOUND NO LEAKS. POSSIBLE SALT WATER ON TRANSMISSION FROM A PREVIOUS STUFFING BOX LEAK. STARTED THE STARBOARD ENGINE AND CHECKED AROUND. (OK). I STARTED THE GENERATOR AND  LET ALL ENGINES WARM UP TO TEMPERATURE. TURN ENGINE BATTERY SWITCHES OFF RETURN TO SHOP.

## Labor

| Description | Technician | Hours | Total |
|---|---|---|---|
| TRAVEL & LABOR | CASTONGUAY, CARTER | 5.5 | $1,094.50 |
| TRAVEL & LABOR | LLOYD, MIKE | 1.75 | $348.25 |
| TRAVEL + LABOR | LLOYD, MIKE | 1.5 | $298.50 |
| TRAVEL + LABOR | CASTONGUAY, CARTER | 2 | $398.00 |
| CUSTOMER RELATIONS | CASTONGUAY, CARTER | -3 | ($597.00) |

|  | Labor Subtotal | $1,542.25 |
|---|---|---|
|  | Shop Supplies | $92.54 |
|  | EPA FEE | $46.27 |
|  | **Job Subtotal** | **$1,681.06** |
|  | Approve: ☑ | Decline: ☐ |

## GENSET INSPECTION & REPAIRS (Appliance: GENSET)

**Description:** C/S PLEASE CHECK GENSET OPERATION WHILE ONBOARD

- REPLACE LEAKING SEAWATER PUMP ASSEMBLY

**Resolution:** 02OCT2025 CC
251.5 HOURS
STARTED AND RAN GENSET. NOTICED IT WOULD NOT TRANSFER POWER TO BOAT. RAW WATER PUMP HAD CORROSION. BOTTOM PAN WAS RUSTY.

11.05.2025 M.L.
HEAD TO THE VINOY SIGN IN AT DOCKMASTER ACCESS THE BOAT. REPLACE SEAWATER PUMP REMOVE HEAT EXCHANGER END CAP LOOK FOR BROKEN IMPELLER BLADES AND DEBRIS CLEAN OUT. FOUND ELECTRICAL CONTROL BOX PARTIALLY DISASSEMBLED REMOVE ONE REMAINING SCREW. FOUND TWO VOLTAGE REGULATORS IN CONTROL BOX. REPLACEMENT REGULATOR LOOKS TO BE AFTERMARKET. GENERATOR IS WIRED FOR 120 ONLY AND AFTERMARKET REGULATOR IS WIRED FOR 240 V. CHECK EXCITER STATOR FOR POSSIBLE SHORT. FOUND TO BE OK. WIRE OLD REGULATOR PROPERLY FOR TESTING NO AC. PLUG NEW NORTHERN LIGHTS REGULATOR IN FOR TESTING GENERATOR PRODUCED PROPER VOLTAGE. CALL JEFF AND WAIT FOR APPROVAL FOR INSTALL. INSTALL NEW REGULATOR FOUND TEMPORARY SCREWS TO HOLD CONTROL BOX COVER ON. FRONT PANEL OF CONTROL BOX IS MISSING. TEST RUN GENERATOR WITH TWO AIR CONDITIONERS, AND TWO HOT WATER HEATERS GENERATOR PERFORMED NORMAL. DRIVE BACK TO SHOP

### Parts

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 25-12057 | 1.00 | Raw Water Pump M753-M773L-M843N-M844-M844L | $555.86 | $0.00 | $555.86 |
| 16-13101 | 1.00 | O-Ring 2-1/2"ID X 1/8" Nitrile | $0.86 | $0.00 | $0.86 |
| 180-81849 | 1.00 | PERMATEX RUST TREATMENT 16 OZ. SPRAY CAN | $16.25 | $0.00 | $16.25 |
| 71-04029IND | 1.00 | SCOTCH BRITE RED GENERAL PURPOSE PAD | $5.55 | $0.00 | $5.55 |
| 12HC | 2.00 | HOSE CLAMP # 12 | $3.94 | $0.00 | $7.88 |
| 16HC | 1.00 | HOSE CLAMP # 16 | $3.45 | $0.00 | $3.45 |
| 22-42071 | 1.00 | A.C. Voltage Regulator DST-100-2FAK | $734.43 | $0.00 | $734.43 |

|  | Parts Subtotal | $1,324.28 |
|---|---|---|

### Labor

| Description | Technician | Hours | Total |
|---|---|---|---|
| RETURN TRIP, R&R RWP ASSY, CLEAN PAN AND RUST, DIAGNOSE AC POWER ISSUE | LLOYD, MIKE | 4.5 | $895.50 |

|  | Labor Subtotal | $895.50 |
|---|---|---|
|  | Shop Supplies | $53.73 |
|  | EPA FEE | $26.87 |
|  | **Job Subtotal** | **$2,300.38** |
|  | Approve: ☑ | Decline: ☐ |

## GET OWNERS PACKAGE FROM OFFICE--PLACE INSIDE BOAT--SEE JEFF S

**Description:** OWNER SHIPPED SOMETHING TO THE MARINA
PLEASE ASK THE OFFICE FOR THE PACKAGE AND SET IT IN THE BOAT

**Resolution:** 01OCT2025 CC
GRABBED PACKAGE AT OFFICE AND BROUGHT TO BOAT.

| | | |
|---|---|---|
| **Job Subtotal** | | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ | |

**INSPECT BATTERY POST TYPES**

**Description:** QUICK INSPECTION OF BATTERIES--WHAT TYPE OF POSTS DO THEY HAVE?
IS THERE ANY INFO ON BATTERIES? (TYPE / SIZE)?

**Resolution:** 11.05.25 M.L.
LOCATE BATTERIES AND INSPECT POSTS / DATES.
SEND TO JEFF.

JEFF SPOKE TO THE OWNER.

BOAT HAS 3 4D BATTS (HOURS)
EACH ENGINE HAS IT'S OWN GROUP 31
GENSET HAS A GROUP 27

| | | |
|---|---|---|
| **Job Subtotal** | | **$0.00** |
| **Approve:** ☑ | **Decline:** ☐ | |

| | |
|---|---|
| **All Jobs Subtotal:** | **$3,981.44** |
| **MILEAGE:** | **$74.60** |
| **CREDIT CARD CONVENIENCE FEE:** | **$167.67** |
| **STATE - 6.00%:** | **$253.426** |
| **COUNTY SURTAX @ 1% - 1.00%:** | **$42.234** |
| **Total:** | **$4,519.37** |
| **Less Deposits:** | **($3,403.87)** |
| **Total Due:** | **$1,115.50** |

A. I. Boats
200 15th Ave S
St. Petersburg, FL  33701-5513
Phone: 727-906-3000

# Repair Order
## Due: $1,009.00

**Doc Number:** 30328
**Service Writer:** Bert Ware
**Date Printed:** 08/25/2025
**Date Promised:** 01/01/1000

Harold  Russell
1338 Meadow Green
Duncanville, TX  75137

## Customer Information
**Cell Phone:** 9727809990
**Email:** hrrussell@sbcglobal.net

| Unit | 2018 Ab 10 AL | Color: | | Keyboard: | |
|---|---|---|---|---|---|
| | VIN/HIN/Serial No:XM051111E818 | Plate: | | Odom/Hrs In:0 | Out:0 |

### Tube leak

**Description:** The customer states front chamber still leaks.

Leak found underneath the bow where it is connected to hull.
Estimate 4-5 hours labor + $50 SS  (ER 8/7)

APPROVED TUBE LEAK REPAIR (ER 8/11)

**Resolution:** Removed attachment tapes and found a large hole underneath bow.  Cleaned, sanded and glued patch and reattached attachment tapes.

#### Labor

| Description | Technician | Hours | Total |
|---|---|---|---|
| | Rob Miller | 4.5 | $675.00 |
| | | Labor Subtotal | $675.00 |
| | | Job Subtotal | $675.00 |
| | | Approve: ☑ | Decline: ☐ |

### CHAFE PROTECTION

**Description:** Apply chafe to protect where grab bar rubs the hypalon tubes

**Resolution:** Attached 1.5 ft chafe guard so handles will not cause a hole in the hypalon

#### Labor

| Description | Technician | Hours | Total |
|---|---|---|---|
| | Rob Miller | 1 | $150.00 |
| | | Labor Subtotal | $150.00 |
| | | Job Subtotal | $150.00 |
| | | Approve: ☑ | Decline: ☐ |

### Fuel tank

**Description:** The customer would like a gas tank strap installed.

Page 1 of 2        30328

### Parts

| Part # | Qty | Description | Price | Discount | Total |
|---|---|---|---|---|---|
| 354-3599951 | 1.00 | POLY GAS TANK STRAP 72" | $17.45 | $0.00 | $17.45 |
| | | | | Parts Subtotal | $17.45 |

### Labor

| Description | Technician | Hours | Total |
|---|---|---|---|
| | Bert Ware | 0.25 | $37.50 |
| | | Labor Subtotal | $37.50 |
| | | Job Subtotal | $54.95 |
| | | Approve: ☑ | Decline: ☐ |

**Unit**   **0 Tohatsu MFS20E**   **Color:**   **Keyboard:**

**VIN/HIN/Serial No:009900BC**   **Plate:**   **Odom/Hrs In:0**   **Out:0**

| | |
|---|---|
| All Jobs Subtotal: | $879.95 |
| Shop Supplies: | $92.00 |
| Processing Fee: | $29.39 |
| Tax: | $7.66 |
| Total: | $1,009.00 |
| Less Deposits: | $0.00 |
| Total Due: | $1,009.00 |

There will be a 3% convenience fee for all credit card transactions.
We do not have a convenience fee on debit cards, checks or cash.

Hours of Operation: Monday - Friday 8:30 am to 5:30 pm.
Saturday by appointment only.

Disclaimer of Warranties and Property

The Owner hereby grants Al Boats, its agents and employees, permission to operate the Vessel for the purpose of testing and/or inspection. Owner shall remove all articles of personal property, gear, or other appurtenances not necessary for the performance of the Services from the Vessel prior to delivery of the Vessel to Al Boats. Al Boats shall not be responsible for damage to or loss of any such articles of personal property, gear, or other accessories left aboard the Vessel, due to fire, theft, pilferage, or otherwise. Delivery of the Vessel does not constitute a bailment of any articles of personal property, gear, or other accessories left on the Vessel which are not necessary for the performance of the Services.

The only warranty applying to the parts and service provided as per this repair order are those which may be offered by the manufacturers of the parts used. There is no warranty or guarantee on any parts or material made in PVC. Al Boats Marine Sales & Service (the "Company") hereby expressly disclaims all warranties, either expressed or implied, including any implied warranties of merchantability or fitness for a particular purpose, and the Company neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of parts and/or service. The customer is not entitled to recover from the Company any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits or income.

Thank You For Your Business!

Signature:_____

## ESTIMATE

**Artful Canvas Design Inc.**
2877 47th Ave N
Saint Petersburg, FL 33714-3129

office@artfulcanvas.com
+1 (727) 521-0212
https://artfulcanvas.com/



**RETAIL:Harold Russell**

**Bill to**
Harold Russell
hrRussell@SBCglobal.net
972-780-9990
Leopard Powercat
Boat @ Vinoy Marina Slip A-1

**Estimate details**

P.O. Number: RETAIL

Estimate no.: 9001
Estimate date: 09/12/2025

| # | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| 1. | Cover | FABRICATE (ONE) DINGHY COVER. (TWO) CUTOUTS FOR THE DAVIT CABLES. OVER THE STAINLESS RAILING IN THE CENTER OF THE ENGINE. BEFORE PATTERNING, DISCUSS THE PIECES THAT ATTACH TO THE STAINLESS RAILING WITH THE CUSTOMER. SUNBRELLA FABRIC. TENARA THREAD. | 1 | $2,530.00 | $2,530.00 |
| 2. | U-Zip | INSTALL U-ZIPPERS IN THE (TWO) AFT ENCLOSURE PANELS. PICKUP AND REINSTALL. | 1 | $790.00 | $790.00 |
| 3. | Deposit Received | DEPOSIT RECEIVED. | 1 | −$1,660.00 | −$1,660.00 |

|  |  |
|---|---|
| Subtotal | $1,660.00 |
| Sales tax | $232.40 |
| **Total** | **$1,892.40** |

Note to customer

IMPORTANT NOTES:
All jobs will tentatively begin 14-16 weeks out from approval date unless
otherwise agreed upon by Artful Canvas Design.
To pattern full boat covers, boat MUST be on a trailer or work rack.
A 50% deposit is required upon request to begin work. All invoices are due upon
job completion. In case of default, any collection or attorney fees are due.

$ 3552.40



# PARADISE YACHT SERVICE *est. 1987*

11380 5th St. East
TREASURE ISLAND, FLORIDA 33706
Phone: (727) 327-3334 • Email: yachtriger@aol.com • www.paradiseyachtservice.com

Date: 8-8-24

| Qty. | Cost | Description | Price $ |
|------|------|-------------|---------|
|      |      |             |         |

| Name | HAROLD RUSSELL | | Home # |
|------|------|------|------|
| Address | | | Office # |
| City | State | Zip | Cell # 972-780-9990 |

| Hrs. | WORK PERFORMED: | Labor $ |
|------|-----------------|---------|
| 5.0 | MEASURE – MAKE & INSTALL MOTOR COVER LIFT SUPPORT | 325.00 |

| | |
|---|---|
| Total Labor | |
| Total Parts | |
| Shipping | |
| Outside Repair | |
| Subtotal | |
| Tax | |
| Deposit | |
| **TOTAL $** | 325.00 |

Total Parts    325.00

| Qty. | Cost | Description | Price $ |
|---|---|---|---|
| 2 | 6.00 | LAG BOLTS | 12.00 |
| 1 | 16.00 | HYDRAULIC FLUID | 16.00 |
| 1 | 35.00 | POWER CORD END | 35.00 |
| 1 | 20.00 | ACCESS PLATE | 20.00 |

**PARADISE YACHT SERVICE** est. 1987

Date: 9-22-25

11380 5th St. East
TREASURE ISLAND, FLORIDA 33706
Phone: (727) 327-3334 · Email: yachtriger@aol.com · www.paradiseyachtservice.com

Name: HAROLD RUSSELL
Address:
City:          State:          Zip:

Home #
Office #
Cell #

**WORK PERFORMED:**
INSTALL DOCK BUMPER, TROUBLESHOOT POWER ISSUES,
REPLACE CORD END, TROUBLESHOOT BATTERY PROBLEM
+ REPLACE BATTERY, REINSTALL LIFT MOUNT REPLACE
ACCESS PLATE, ADD HYDRAULIC FLUID, FOLDING TOP
SUPPORT

Labor $  1500.00

| | |
|---|---|
| Total Labor | 1500.00 |
| Total Parts | 85.00 |
| Shipping | |
| Outside Repair | |
| Subtotal | 1583.00 |
| Tax | 110.81 |
| Deposit | |
| TOTAL $ | 1693.81 |

Total Parts  83.00