Amended response Case No.:  8:25-cv-02520

I continue to disagree with both invoices that make up GMW Boat & Yachtworks claim against my boat. Mr. Mailisand knows that he did not complete the work he verbally agreed to.  He left me with a boat that neither engine would start and with no AC or DC power.  I thought he would call me and we would talk out the issues, but contrary to his statement that he tried to reach me several times he did not.  The first I knew he had abandoned his obligation was your letter I received on February 4, 2026.

I was never served at the Vinoy Marina or my home in Texas.

As I stated, I have spent considerable money on items that GMW left unfinished.  There are still many issues to complete, and I will have marine venders that have more expertise complete the repairs.

I am willing to pay in full the charges that GMW claims even though I disagree with many of them. However, I want the following adjustments:  We agree that GMW would not mark up parts and if necessary, I would order them at better prices.  He never asked me to order any of the items, but he did mark them up.

1. Vitrifrigo two drawer refrigerator/freezer       Invoice $4,390  available @ $3,388.       ($1,002)

He ordered the wrong one and couldn't return it for the correct one.  I agreed to keep it.

2. Vitrifrigo C90 refrigerator                 invoice $2,396  available @ $1,300.       ($1,096)

3. Raritan Ice Maker                           invoice $1,970  available @ $ 1,100       ($870)

4. 4 x 8 pvc board (broken my GMW by not securing)                                       ($321)

Mailisand said it was his fault and would not charge for it

5. One starting battery 1300 cca (left with no charging for 6 mos)                       ($250)

Mailisand would not provide warranty information

Work invoice at the Vinoy:

1. 8D house batteries x 3 (there are no 8D batteries on the boat, the pictures taken by Southeastern Marine & Yacht appear to be the original GPL-4DA batteries.  They were left by Mailisand for over 6 mos without charging. ($2,308)

2. Magnum MS 2012-20 inverter/charger was not replaced.  The original one was replaced by MarineMax of St Petersburg. Invoice supplied             ($2,300 + labor)

In addition, Mr. Mailisand and his mother both agreed that the lay days and the cost per day should be reduced due to GMW taking so long.  They admitted they prioritized other customers over us and used some of my advance payments for other boats.  They said they would make it right.  Also, the insurance surveyor questioned the time it took to repair my boat.  He took into consideration the two storms that occurred.

I was told GMW would use their roller system to take PV out of the water.  When PV arrived at GMW the roller system was in use.  Mailisand said he would pay for a crane to take it out of the water. He included the cost on the invoice.

The following items were on the boat when TowBoat/US towed my boat to GMW and were not returned to the boat:  hose reel, 100' heavy duty hose, large orange fender (only one returned), 8' piling fender Total est:  ($600)  Mailisand said things often disappeared in the boat yard and he didn't know what happened to them.

I am very disappointed Mr. Mailisand did not contact me by phone after I responded to his demand email. I left several messages with no response. All he had to do was call and we could have worked it out without incurring additional expenses. Although we talked on the phone many times during the year of repairs, he would not talk to me or meet me face to face.

I am an 82-year-old retired U S Navy Commander. My word is very important to me; I don't lie or cheat people. I realize Mr. Mailisand has many boats and duties to take care of in his business. He might have forgotten some of what he told me throughout the year. I only have one boat so it is easier for me to keep track of things. I have never lied or misrepresented anything about our conversations. Plus, my daughter Ashley was always with me during the repairs and knows what was said.

Respectfully,

Harold Russell